Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 3

| |
|---|
| **DEACERO S.A.P.I. DE C.V. AND I.N.G.E.T.E.K.N.O.S. ESTRUCTURALES, S.A. DE C.V.,**<br>                    **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES,**<br>                    **Defendant.** |

SUMMONS

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. '1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Deacero S.A.P.I. de C.V. and I.N.G.E.T.E.K.N.O.S. Estructurales, S.A. de C.V. are Mexican producers and exporters of subject merchandise. Therefore, they are interested parties within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(A). These two entities (collectively, "Deacero") participated as parties in the U.S. Department of Commerce's antidumping inquiry that led to the contested determination, and accordingly they have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   (Name and standing of plaintiff)

2. Deacero appeals the final determination of the U.S. Department of Commerce in the inquiry of the antidumping duty order on steel concrete reinforcing bar from Mexico. *See Steel Concrete Reinforcing Bar From Mexico: Final Results of Antidumping Duty Administrative Review; 2022-2023*, 90 Fed. Reg. 42,740 (Dep't Commerce Sept. 4, 2025).

   (Brief description of contested determination)

3. The U.S. Department of Commerce's final determination was signed on August 29, 2025.

   (Date of determination)

Form 3-2

4. The U.S. Department of Commerce's final determination was published in the Federal Register on September 4, 2025. *Steel Concrete Reinforcing Bar From Mexico: Final Results of Antidumping Duty Administrative Review; 2022-2023*, 90 Fed. Reg. 42,740 (Dep't Commerce Sept. 4, 2025).

_____
(If applicable, date of publication in Federal Register of notice of contested determination)

  /s/ Stephanie E. Hartmann
Signature of Plaintiffs' Attorney

  September 30, 2025
    Date

Lauren Mandell
Stephanie E. Hartmann
Alexandra S. Maurer
Min Seong Kim

WILMER CUTLER PICKERING
 HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6612
stephanie.hartmann@wilmerhale.com

*Counsel to Deacero*

Form 3-3

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
26 Federal Plaza
Room 346, Third Floor
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
Attn: Office of the Chief Counsel for Trade
Enforcement & Compliance
**U.S. Department of Commerce**
1401 Constitution Ave. NW
Washington, DC 20230