UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7A

| | |
|---|---|
| DEACERO S.A.P.I. DE C.V. AND I.N.G.E.T.E.K.N.O.S. ESTRUCTURALES,<br><br>                    Plaintiff,<br><br>              v.<br><br>United States<br><br>                    Defendant. | 25-CV-00216<br>Court No. |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: October 3, 2025

                                        Stephanie E. Hartmann
                                        _____
                                             Attorney for Plaintiff
                                        2100 Pennsylvania Ave. NW
                                        _____
                                             Street Address
                                        Washington, DC 20037
                                        _____
                                             City, State and Zip Code
                                        202-663-6564
                                        _____
                                             Telephone No.

                                        Order of Dismissal

    This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____        Clerk, U. S. Court of International Trade


                                        By: _____
                                             Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                                              Clerk, U. S. Court of International Trade

                                             By: _____
                                                               Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)